SIGMUND SIMON AND ISAAC MENDELSON v. THE DETROIT, GRAND HAVEN & MILWAUKEE RAILWAY COMPANY.

*Cross replevin.*

This case is ruled by *Simon v. Leland, ante,* 226.

Error to Shiawassee. (Wisner, J.) Argued April 2, 1895. Decided May 21, 1895.

Replevin. Plaintiffs bring error. Affirmed. The facts are stated in *Simon v. Leland, ante,* 226.

*Watson & Chapman,* for appellants.

*Lyon & Dooling,* for defendant.

PER CURIAM. This case is ruled by *Simon v. Leland, ante,* 226.

The judgment is affirmed.